```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

IN RE MENTOR CORP. OBTAPE          *
                                       MDL Docket No. 2004
TRANSOBTURATOR SLING PRODUCTS      *   4:08-MD-2004 (CDL)

LIABILITY LITIGATION               *   ALL CASES

## O R D E R

The Court has ruled on all of the ripe dispositive motions related to Phase III Plaintiffs. Therefore, in accordance with the Joint Amended Scheduling Order dated July 19, 2012, the parties have seven days to confer and select bellwether Plaintiffs for trial. Joint Am. Scheduling Order 4. Specifically, Plaintiffs' lead counsel shall select one Plaintiff from the remaining pool of bellwether Plaintiffs, and that Plaintiff's case will be tried in Columbus, Georgia starting on June 3, 2013. *Id.* Mentor's counsel shall select one Plaintiff from the remaining pool of bellwether Plaintiffs, and that Plaintiff's case will be tried in Athens, Georgia starting on July 8, 2013 (schedule permitting). *Id.* at 5. Within seven days of the date of this Order, the parties shall notify the Court who the bellwether Plaintiffs are.

IT IS SO ORDERED, this 14th day of February, 2013.

                              S/Clay D. Land
                                 CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE